**L.B.F. 2016-4**

**STATEMENT OF PRO SE DEBTOR**   FILED

Debtor's Name *Colin Alfred Bolle*   Case No. _____

Address *120 W. Sharpnack St.*
*Phila. PA 19119*   Chapter of Case *13*

2025 FEB -3 P 1:37

U.S. BANKRUPTCY COURT

Telephone Number (home) *215-272-6708*   Date Case Filed *02/03/2025*

Telephone Number (work) *267-297-6462*

1.   List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

_____

_____ *N/A* _____

_____

2.   State how you were referred to the person or business named above or the source of advertisement you responded to.

_____

3.   a.   Total fee charged by person or business named above   $ _____

b.   Amount of fee paid as of the date you filed bankruptcy $ _____

c.   Did the preparer tell you the amount of court costs that must be paid to file your case?
          YES        NO   (circle one)

4.   Were various chapters or types of bankruptcy explained to you?

          YES        NO   (circle one)

Other Comments _____

5.   Did the preparer explain to you that you have the right to claim certain property as exempt?

          YES        NO   (circle one)

6.    Did the preparer give you a copy of the papers he prepared for you?

YES        NO    (circle one)

Date: 02 3 25                    Colin A. Bollers