*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )  <br>   Colin Alfred Bollers  )  <br> )  <br> )  <br> Debtor(s).  )  <br> )  <br> ) | Case No. 25–10450–amc <br><br> Chapter: 13 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Matrix Due 2/10/25
Means Test Calculation 122C–2 Due 2/18/25
Plan Due 2/18/25
Schedules A Due 2/18/25
Schedules B Due 2/18/25
Schedules C Due 2/18/25
Schedules D Due 2/18/25
Schedules E Due 2/18/25
Schedules F Due 2/18/25
Schedules G Due 2/18/25
Schedules H Due 2/18/25
Schedules I Due 2/18/25
Schedules J Due 2/18/25
Statement of Current Monthly Income (122C–1) Due 2/18/25
Statement of Financial Affairs Due 2/18/25
Summary of Assets and Liabilities Due 2/18/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 3, 2025

By the Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court