*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Colin Alfred Bollers
    Debtor(s)

Case No: 25−10450−amc
Chapter: 13

_____

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 3/13/25 at 11:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003 .

    Please dial 1−646−828−7666 and enter Meeting ID 160 6807 8081 to attend by phone.

For The Court

Timothy B. McGrath
Clerk of Court

9 − 5
Form 150