BANKRUPTCY CASE # 25 10450

DEBTOR NAME: COLIN ALFRED BOLLERS

M&T BANK MORTGAGE DIVISION

C/O KML LAW GROUP, P.C.

701 MARKET STREET

#5000

PHILADELPHIA, PA 19106

PHILADELPHIA GAS WORKS

800 WEST MONTGOMERY AVENUE

PHILADELPHIA, PA 19122

PECO

2301 MARKET STREET

PHILADELPHIA, PA 19130

PHILADELPHIA WATER REVENUE BUREAU

1401 JOHN F KENNEDY BOULEVARD

PHILADELPHIA, PA 19102

COMCAST/XFINITY CORPORATION

1701 JFK BOULEVARD

PHILADELPHIA, PA 19103