Certificate Number: 05781-PAE-DE-039332963

Bankruptcy Case Number: 25-10450


05781-PAE-DE-039332963

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2025, at 8:57 o'clock AM PST, Colin Bollers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 12, 2025      By:  /s/Allison M Geving

                              Name:  Allison M Geving

                              Title:  President