(No Subject)

From: beaumon2@aol.com (beaumon2@aol.com)

To: beaumon2@aol.com

Date: Monday, October 27, 2025 at 02:20 PM EDT

----- Forwarded Message -----
From: beaumon2@aol.com <beaumon2@aol.com>
To: ANDREA BEAUMONTE <beaumon2@aol.com>
Sent: Monday, October 27, 2025 at 01:11:25 PM EDT
Subject:

Colin A. Bollers
120 W. Sharpnack Street
Philadelphia, PA 19119
215-272-6708
Chapter 13
Bky.No. 25-10450-DJB

United States Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107



FILED
OCT 28 2025
CLERK OF COURT
BY _____ DEP. CLERK

To the Court:

I am asking the court to please set aside the trustee's request to dismiss my bankruptcy case and allow me to remedy whatever is necessary in order to continue on in my attempt to save my home.
I entered this bankruptcy in good faith and have made every mortgage payment of 2,038.00 to date on time.

When it comes to the trustee, I have concerns as to how my bankruptcy was handled.
I have called and received no call back to my knowledge and I visited the office twice, signed the book but they were not there to receive me. I never knew what the amount owed to the mortgage company was and was not given sufficient information to formulate a proper plan. the trustee's office during a hearing has stated that it's not their obligation to come up with a payment plan. However, they have not made themselves available to me to let me know anything although they are the paid administrators of the bankruptcy plan. I would suggest that at very least they should have been available for questions as when I posed this question to the clerk at the bankruptcy court that is who gave me the trustee's address and phone number and directed me there. To add to it I recently discovered ( Thursday October 23rd ) that the trustee's office had been calling me at my sister's house number ( 267-297-6462 ) which is of no use to either of us and definitely not to me for my sister seldom checks that phone and the bankruptcy court and hence the trustee has my main phone number of 215-272-6708 and my sister's main number of

215-432-0338. I gave them my cell phone number again when they asked for it a month ago during a continued hearing allowing me to consult with an attorney and then again last week on October 23rd. I think correspondence should be at very least registered mail so that faults in the mail system which does occur does not fall upon one party which is often the already vulnerable party.

I am kindly asking the bankruptcy court to please do not dismiss my case and to allow me to keep on with the monthly mortgage payments and begin the payment plan going forward.
I filed my case pro se because I cannot afford the very high cost of a bankruptcy attorney and the Philadelphia Legal Aid System has not been particularly helpful. I have however consulted with an attorney and will refer to him for some guidance going forward.

May I please add that I suffered a stroke at the beginning of the year and was hospitalized and am now back to most of my full self but have showed up at M&T Bank every month after filing the Bankruptcy Petition to pay the mortgage of 2,038.00 and will make my obligation going forward and to the trustee.

I am also asking that the court kindly ask on my behalf for an accounting of all payments made to my M&T mortgage debt in the past three years in transcript form. *And also to the trustee*

Sincerely,
*Colin A. Bollers*
Colin A. Bollers