Colin A Bollers

Dear yudge Baker

I AM kindly asking that you move my hearing on 12·4·2025 at eleven AM down a couple of days to allow me to travel to the funeral of a close Relative that Raise me FRom two years old After my mother Died

Colin A Bollers



FILED
DEC 2 2025
BY _____
CLERK OF COURT
DEP. CLERK