Fw: RE: 25-10450; Confirmation and Dismissal Hearing 01/15/2026

From: beaumon2@aol.com (beaumon2@aol.com)
To: beaumon2@aol.com
Date: Wednesday, January 14, 2026 at 08:48 AM EST

**TO THE BANKRUPTCY COURT - JUDGE BAKER**

Sent from the all new AOL app for iOS

Begin forwarded message:

On Wednesday, January 14, 2026, 8:47 AM, beaumon2@aol.com <beaumon2@aol.com> wrote:

> Good Morning
> To my knowledge, I have submitted all requested documents by fax and in person. The amount of 211,000 is the amount sent to me by the mortgage company as arrears. The City Lien which was for gas for an old account in my ex wife's name has long been satisfied by me and submitted to the City Hall office and sent to the mortgage company. I am not aware of the status of the HUD Lien but will look further into it.
> I am 2/3 owner of the property at 120 W. Sharpnack Street, PhiladelphiaPA 19119 with Shamane Cave, my daughter, owning one third. Shamane Cave has abandoned said property and have not made any contributions or presence for almost ten years.
> I am attempting to seek a court remedy and sought relief through the court. Judge Idee Fox stated that she would need permission from the bankruptcy court to hear the case since it is under the jurisdiction of the bankruptcy court but I never heard back.
> My sister has scheduled an appointment for the FMV of the property which I will submit to you shortly.
> The twelve thousand in payments was only for the first year and as I am looking to get two renters and work full time it would adjust in year two and there on.
> In the meantime, I have had an unfortunate situation with my current employment with temporary job loss due to circumstances beyond my control. I expect to return to my current work sometime in April and to add additional income by seeking additional work. I am working with CareerLink as well as looking on my own  Due to these circumstances I am asking for consideration and adjustment to my bankruptcy for hardship reasons perhaps for a couple of months. I am also entitled to unemployment in the interim.
>
> Colin A Bollers
>
> Sent from the all new AOL app for iOS
>
> On Monday, January 12, 2026, 2:52 PM, Tiffany Tavella <ttavella@pa13trustee.com> wrote:
>
>> Mr. Bollers:
>>
>> The following was requesting to be completed after your 341 on November 21, 2025:
>>
>> Need to file an amended plan to address the following issues: 1) The payments in 2a2 only provides for $12,000 of monthly payments and alleges that the base amount is $211,000. The monthly payments (not to exceed 60 months since date of filing) must equal the base amount. 2. The plan needs to provide needs to provide the exact amount to be paid to the mortgage company in 4b. 3) The plan needs to address HUD and the city claims. 4) The plan needs to complete 5b2. 5) Need to remove part 9 language. 5) Need to address

FILED
JAN 14 2026
CLERK OF COURT
BY_____ DEP. CLERK